# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES H. TREECE,<br><br>Defendant. | PO 24-5146-M-KLD<br><br>VIOLATION:<br>F06I0030<br>Location Code: M2<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $110 fine and $30 processing fee for the violation F06I0030 (for a total of $140), and for good cause shown, **IT IS ORDERED** that the $140 fine paid by the defendant is accepted as a full adjudication of violation F06I0030.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED. DATED this 3rd day of February 2025.

_____
Kathleen DeSoto
United States Magistrate Judge